ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL GOMEZ-SANCHEZ; DAVID ALEJANDRO SANDOVAL CANALES,<br><br>Defendants. | Case No. 1:26-CR-00089-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: August 26, 2026<br>TIME: 1:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

Defendants Manuel Gomez-Sancez, Alejandro Sandoval Canales ("Defendants") and the United States of America ("United States") stipulate and request that the currently scheduled Status Conference on August 26, 2026, at 1:00 p.m. be rescheduled to December 9, 2026, at 1:00 p.m.

Defense counsel for both defendants require additional time to review discovery and consult with their clients. Defense counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties are also engaging in negotiations and believe that a resolution might be reached within the next few weeks.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date

prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period August 26, 2026, to December 9, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendants, by and through undersigned counsel, hereby stipulate as follows:

1. The currently scheduled Status Conference may be continued to December 9, 2026, at 1:00 p.m.
2. Time may be excluded from August 26, 2026, to December 9, 2026, inclusive.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 24, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: August 24, 2026

*/s/ Michael J. Aed*
MICHAEL J. AED
Attorney for Defendant
MANUEL GOMEZ-SANCHEZ

Date: August 24, 2026

*/s/ Victor Manuel Chavez*
VICTOR MANUEL CHAVEZ
Attorney for Defendant
DAVID ALEJANDRO SANDOVAL CANALES

**ORDER**

**IT IS SO ORDERED.** The currently scheduled Status Conference is continued to December 9, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2026, to December 9, 2026, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **August 25, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE